O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>FERNANDO SAMANO HERNANDEZ,<br>aka, Fernando Lopez<br>　　　　　Defendant. | SA 09-203M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A.　( ) On motion of the Government involving an alleged

　　1.　( ) crime of violence;

　　2.　( ) offense with maximum sentence of life imprisonment or death;

　　3.　( ) narcotics or controlled substance offense with maximum sentence of ten or more years
　　　　　(21 U.S.C. §§ 801,/951, et. seq.,/955a);

　　4.　( ) felony - defendant convicted of two or more prior offenses described above.

B.　On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

　　1.　(X)　serious risk defendant will flee;

　　2.　( )　serious risk defendant will

　　　　a. ( )　obstruct or attempt to obstruct justice;

　　　　b. ( )　threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 3

1  II.

2  The Court finds no condition or combination of conditions will reasonable assure:

3  A. ( X )   appearance of defendant as required; and/or

4  B. ( ) safety of any person or the community;

5  III.

6  The Court has considered:

7  A. ( x ) the nature and circumstances of the offense;

8  B. ( x ) the weight of evidence against the defendant;

9  C. ( x ) the history and characteristics of the defendant;

10  D. ( ) the nature and seriousness of the danger to any person or to the community.

11  IV.

12  The Court concludes:

13  A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15  B. ( x )   History and characteristics indicate a serious risk that defendant will flee because:

16  **Defendant is undocumented.  He has no ties to the community and no bail**

17  **resources.**

18

19  C. ( ) A serious risk exists that defendant will:

20     1. ( )   obstruct or attempt to obstruct justice;

21     2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23  D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24     provided in 18 U.S.C. § 3142 (e).

25  ///

26  ///

27  ///

28  ///

1       IT IS ORDERED that defendant be detained prior to trial.

2       IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4       IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5  consultation with his counsel.

6

7

8  Dated: June 4, 2009

9

10                                                    Marc L. Goldman
                                                      U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**